IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 4, 2007**

Charles R. Fulbruge III
Clerk

No. 05-20719
Summary Calendar

EMILY DEMMLER,

Plaintiff-Appellee,

versus

CITY OF HOUSTON, ET AL,

Defendants,

C.O. BRADFORD, Chief,

Defendant-Appellant.

No. 05-20720

WILLIAM THOMAS GILMORE,

Plaintiff-Appellee,

versus

CITY OF HOUSTON, ET AL,

Defendants,

CHIEF C.O. BRADFORD,

Defendant-Appellant.

No. 05-20724


BRANDI RATLIFF; WILLIAM RYAN GRENWELGE,

Plaintiffs-Appellees,

versus

CITY OF HOUSTON, ET AL,

Defendants,

C.O. BRADFORD,

Defendant-Appellant.

_____


No. 05-20725


EDGAR COELLO; MONICA COELLO ASHFORD; ELIZABETH ANN GURSKE;
JESSICA COELLO GUILLEM; INDIVIDUALLY AND AS NEXT FRIEND OF
ISABELLA GUILLEM, A MINOR,

Plaintiffs-Appellees,

versus

CITY OF HOUSTON, ET AL,

Defendants,

CHIEF C.O. BRADFORD, in his capacity as chief of police of the
Houston Police Department,

Defendant-Appellant.

_____

No. 05-20729

LESLIE RICHIE,

Plaintiff-Appellee,

versus

CITY OF HOUSTON, ET AL,

Defendants,

C.O. BRADFORD, Chief,

Defendant-Appellant.

———————————————

No. 05-20743

SARAH SPONSEL,

Plaintiff-Appellee,

versus

CITY OF HOUSTON, ET AL,

Defendants,

CHIEF C.O. BRADFORD,

Defendant-Appellant.

———————————————

No. 05-20744

ROLAND T. ROSS, INDIVIDUALLY AND AS NEXT FRIEND FOR RAMOND ROSS, AND ROSHANDA ROSS, MINOR CHILD, RAMOND ROSS, MINOR; ROSHANDA ROSS,

Plaintiffs-Appellees,

versus

CITY OF HOUSTON, ET AL,

Defendants,

C.O. BRADFORD, Chief, in his capacity as chief of police of the Houston Police Department,

Defendant-Appellant.

_____

No. 05-20756

CHAD CORY; ADAM ADAMS; ELEAZAR AGUILAR; LUIS AGUILAR; FELIX ALIPIO, ET AL.,

Plaintiffs-Appellees,

versus

CITY OF HOUSTON, ET AL,

Defendants,

CHIEF OF POLICE C.O. BRADFORD,

Defendant-Appellant.

_____

No. 05-20752


CORI LOPEZ; MICHAEL GUERRA; RASHAAN HARRIS; DONNY ITTY; CHARLES KELL, ET AL.,

Plaintiffs-Appellees,

versus

CITY OF HOUSTON, ET AL,

Defendants,

C.O. BRADFORD, Chief, in his capacity as chief of police of the Houston Police Department,

Defendant-Appellant.


--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CV-1543
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Appellant C.O. Bradford, former Chief of the Houston Police Department, has filed interlocutory appeals of the orders denying summary judgment on his qualified immunity defense in a number of cases filed against him stemming from a sting operation targeting illegal street racing. A district court's decision to deny

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

qualified immunity on a motion for summary judgment is only immediately appealable if it turns on an issue of law, and is not appealable if it is based on a claim regarding the sufficiency of the evidence. Gobert v. Caldwell, 463 F.3d 339, 344 (5th Cir. 2006). Bradford disputes only the factual determinations of the district court and whether the evidence was sufficient to proceed. We therefore lack jurisdiction to hear this interlocutory appeal, id., and DISMISS THE APPEAL for lack of jurisdiction.